UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

GEGARD MOUSASI

    Plaintiff(s),

v.

BELLATOR SPORT WORLDWIDE, LI

    Defendant(s)

REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Civil Action No. 2:24-cv-09844

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Thomas K. Richards

Address: Singh, Singh & Trauben LLP

400 South Beverly Drive

Suite 240

Beverly Hills, CA 90212

E-mail: trichards@singhtraubenlaw.com

(One email address only)