UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEGARD MOUSASI,<br><br>       Plaintiff,<br><br>    v.<br><br>BELLATOR SPORT WORLDWIDE, LLC, NEW BELLATOR, LLC (a Subsidiary of Professional Fighters League), PETER MURRAY, DONN DAVIS, RAY SEFO, MIKE KOGAN, JIM BRAMSON, GEORGE PINEDA and DOES 1 through 100,<br><br>       Defendants. | Case No.: 2:24-cv-09844-EP-JBC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Sarah Fehm Stewart, an attorney admitted and authorized to practice in this Court, appears as counsel for Defendants Bellator Sport Worldwide, LLC, New Bellator, LLC, Peter Murray, Donn Davis, Ray Sefo, Mike Kogan, Jim Bramson and George Pineda.

Dated:  Florham Park, New Jersey
         December 26, 2024

                                      DUANE MORRIS LLP

                         By:   /s/ Sarah Fehm Stewart
                              Sarah Fehm Stewart, Esq.
                              200 Campus Drive, Suite 300
                              Florham Park, NJ 07932
                              sfstewart@duanemorris.com
                              (973) 424-2061

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2024, I served the foregoing Notice of Appearance by ECF on all counsel of record.

 /s/ Sarah Fehm Stewart   .
Sarah Fehm Stewart