UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEGARD MOUSASI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELLATOR SPORT WORLDWIDE, LLC, NEW BELLATOR, LLC (a Subsidiary of Professional Fighters League), PETER MURRAY, DONN DAVIS, RAY SEFO, MIKE KOGAN, JIM BRAMSON, GEORGE PINEDA and DOES 1 through 100,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-09844-EP-JBC<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

　　　Application is hereby made for a Clerk's Order extending the time within which Defendants Bellator Sport Worldwide, LLC, New Bellator, LLC, Peter Murray, Donn Davis, Ray Sefo, Mike Kogan, Jim Bramson and George Pineda (together, "Defendants") may answer, move or otherwise reply to the Complaint filed by Plaintiff Gregard Mousasi for fourteen (14) days, **to January 13, 2025**, and it is represented that:

　　　1.　　No previous extension has been obtained;

　　　2.　　Service of process was effected on October 29, 2024 pursuant to Fed. R. Civ. P. 4(d)(3) (60 days to answer after returning waiver of service of summons); and

　　　3.　　Time to answer, move or otherwise reply expires on December 30, 2024.

Dated: Florham Park, New Jersey
December 26, 2024

                DUANE MORRIS LLP

                By: /s/ Sarah Fehm Stewart
                      Eric R. Breslin, Esq.
                      Sarah Fehm Stewart, Esq.
                      200 Campus Drive, Suite 300
                      Florham Park, NJ 07932
                      erbreslin@duanemorris.com
                      sfstewart@duanemorris.com
                      (973) 424-2063

                      Sean P. McConnell, Esq.
                      30 S. 17th Street
                      Philadelphia, PA 19103
                      spmcconnell@duanemorris.com
                      (215) 979-1947

                      *Attorneys for Defendants Bellator Sport Worldwide, LLC, New Bellator, LLC, Peter Murray, Donn Davis, Ray Sefo, Mike Kogan, Jim Bramson and George Pineda*

## **ORDER**

The above application is ORDERED GRANTED. The Defendants' time to answer, move or otherwise reply is extended to January 13, 2025.

ORDER DATED: _____              MELISSA E. RHOADS, Clerk

                                              By: _____
                                                  Deputy Clerk