Eric R. Breslin, Esq.
Sarah Fehm Stewart, Esq.
DUANE MORRIS LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
erbreslin@duanemorris.com
sfstewart@duanemorris.com
(973) 424-2063

Sean P. McConnell, Esq.
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
spmcconnell@duanemorris.com
(215) 979-1947

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEGARD MOUSASI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BELLATOR SPORT WORLDWIDE, LLC,<br>NEW BELLATOR, LLC, et al.,<br><br>　　　　　　Defendants. | Civil Action No.: 2:24-cv-09844-EP-JBC<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**(Oral Argument Requested)** |

**PLEASE TAKE NOTICE** that Defendants Bellator Sport Worldwide, LLC, New Bellator, LLC, Peter Murray, Donn Davis, Ray Sefo, Mike Kogan, Jim Bramson, and George Pineda (collectively, "Defendants") will move before the Honorable Evelyn Padin, U.S.D.J., on the 17th day of March, 2025 for an Order dismissing, with prejudice, the Fourth Count of Plaintiff George Mousasi's Complaint, which alleges a federal antitrust claim under § 2 of the Sherman Act.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Defendants shall rely on the attached Brief.  A proposed order is also attached herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument.

Dated: Florham Park, New Jersey
February 21, 2025

DUANE MORRIS LLP

By:   /s/ Sarah Fehm Stewart
Eric R. Breslin, Esq.
Sarah Fehm Stewart, Esq.
DUANE MORRIS LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
erbreslin@duanemorris.com
sfstewart@duanemorris.com
(973) 424-2063

Sean P. McConnell, Esq.
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
spmcconnell@duanemorris.com
(215) 979-1947

TO:   Jeffrey I. Wasserman, Esq.
WASSERMAN LITTLE LLC
1200 Route 22 East, Suite 2000, #2238
Bridgewater, New Jersey 08807
jwasserman@wassermanlittle.com
(973) 486-4801

Thomas K. Richards, Esq.
SINGH, SINGH & TRAUBEN, LLP
400 South Beverly Drive, Suite 240
Beverly Hills, California 90212
trichards@sst.law
(310) 856-9705