**CERTIFICATION OF SERVICE**

I hereby certify that on this 21st day of February, 2025, I filed the foregoing motion to dismiss, and all supporting papers, with the Clerk of the United States District Court for the District of New Jersey via ECF, and served a copy on all counsel of record as follows:

Jeffrey I. Wasserman, Esq.
WASSERMAN LITTLE LLC
1200 Route 22 East, Suite 2000, #2238
Bridgewater, New Jersey 08807
jwasserman@wassermanlittle.com
(973) 486-4801
(via ECF and email)

Thomas K. Richards, Esq.
SINGH, SINGH & TRAUBEN, LLP
400 South Beverly Drive, Suite 240
Beverly Hills, California 90212
trichards@sst.law
(310) 856-9705
(via email)

*Attorneys for Plaintiff*

    /s/ Sarah Fehm Stewart
Sarah Fehm Stewart