## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEGARD MOUSASI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BELLATOR SPORT WORLDWIDE, LLC,<br>NEW BELLATOR, LLC, et al.,<br><br>　　　　　　Defendants. | Civil Action No.: 2:24-cv-09844-EP-JBC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Sean P. McConnell, Esq., an attorney admitted and authorized to practice in this court, hereby appears as counsel for Defendants Bellator Sport Worldwide, LLC, New Bellator, LLC, Peter Murray, Donn Davis, Ray Sefo, Mike Kogan, Jim Bramson, and George Pineda.

Dated: Philadelphia, PA
　　　　February 24, 2025

　　　　　　　　　　　　　　　　　　　　By:　 /s/ Sean P. McConnell
　　　　　　　　　　　　　　　　　　　　　　Sean P. McConnell
　　　　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　　　　　30 S. 17th Street
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　spmcconnell@duanemorris.com
　　　　　　　　　　　　　　　　　　　　　　(215) 979-1947