**Wasserman Little LLC**

1200 Route 22 East, Suite 2000, # 2238
Bridgewater, New Jersey 08807

171 Madison Avenue, Suite 305
New York, New York 10016

Jeffrey I. Wasserman
Member

Licensed in New Jersey
Licensed in New York

February 25, 2025

**By eFile**
Clerk of Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:    *Mousasi v. Bellator Sport Worldwide, LLC et al.*,
               2:24-cv-09844-EP-JBC

Dear Clerk of Court:

      This firm, together with Singh, Singh & Trauben, LLP, represents Plaintiff Gegard Mousasi in the above-referenced action.

      We write pursuant to Local Civil Rule 7.1(d)(5) to obtain an automatic extension of the return date of Defendants' motion to dismiss [Doc. No. 19] from March 17, 2025, to the next available motion day, April 7, 2025. The originally-noticed motion day has not previously been extended or adjourned.

      Thank you for your attention to this matter.

                            Respectfully submitted,

                            WASSERMAN LITTLE LLC

                            Jeffrey I. Wasserman

t: (973) 486-4801 | jwasserman@wassermanlittle.com | f: (844) 486-4801