IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEGARD MOUSASI,<br><br>                    Plaintiff,<br><br>    v.<br><br>BELLATOR SPORT WORLDWIDE, LLC,<br>NEW BELLATOR, LLC, et al.,<br><br>                    Defendants. | Civil Action No.: 2:24-cv-09844-EP-JBC<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Bellator Sport Worldwide, LLC certifies that it is a wholly owned subsidiary of Paramount Global, a corporation whose shares are publicly traded on the New York Stock Exchange, through ticker PARA.

Dated:  Florham Park, New Jersey
            February 26, 2025

                                                            By:    /s/ Eric R. Breslin
                                                                    Eric R. Breslin, Esq.
                                                                    DUANE MORRIS LLP
                                                                    200 Campus Drive, Suite 300
                                                                    Florham Park, NJ 07932
                                                                    erbreslin@duanemorris.com
                                                                    (973) 424-2063