**From:** Donn Davis
**Subject:** Hi Neens, Donn Davis here
**Date:** January 8, 2024 at 1:20 PM
**To:**



Hello, good to meet and thank you for reaching out to me on LinkedIn.

My operations team of Mike, Ray, and Jim are tremendous and as you can imagine I don't get involved in individual fighter negotiations. Athletes of Gegard level also involve CEO Pete Murray.

However, I am aware of Gegard given his very high compensation. Given Gegard is not PPV draw, and is not a Champion, his deal is very surprising.

PFL is fighter first league, so we respect and empower all fighters.

If he desires to have opportunities here then I can have Mike Kogan reach out to you and work on options with you.

Donn Davis
Chairman and Founder
Professional Fighters League