**Jim Bramson**
EVP, Business Affairs & General Counsel



May 22, 2024

**Via Email**
Gegard Mousasi
c/o Nima Safapour

**RE: Acceleration of Term and Release**

Dear Gegard,

As you are aware, New Bellator LLC, a subsidiary of Professional Fighters League ("PFL"), acquired the business of Bellator MMA late last year, and as part of this transaction, your promotional agreement with Bellator Sport Worldwide LLC was assigned to PFL ("New Bellator").

Since the acquisition over the past few months, we have engaged in reasonable, meaningful, and good faith dialogue with your representative, Nima Safapour, regarding your fight oportunities.

We were therefore surprised and disappointed to see that despite our ongoing and good faith discussions, you made very public disparaging statements aimed at damaging the brand of our business and negatively affecting the reputation of our organization.

Your conduct in clear violation of your contractual obligations to New Bellator leaves us with no choice but to release you from your promotional agreement pursuant to the provisions of Section 16(A)(i), effectively immediately.

We wish you well in your future career. This communication is sent with all rights reserved.

Sincerely,

*Jim Bramson*

19 Union Square West, 9th Floor, New York, NY 10003