## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEGARD MOUSASI,<br><br>              Plaintiff,<br><br>v.<br><br>BELLATOR SPORT WORLDWIDE, LLC,<br>NEW BELLATOR, LLC, et al.,<br><br>              Defendants. | Civil Action No.: 2:24-cv-09844<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been opened by Defendants Bellator Sport Worldwide, LLC, New Bellator, LLC, Peter Murray, Donn Davis, Ray Sefo, Mike Kogan, Jim Bramson, and George Pineda, by and through their undersigned counsel, Duane Morris LLP, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing, with prejudice, the Fourth Count of Plaintiff George Mousasi's Amended Complaint, which alleges a federal antitrust claim under § 2 of the Sherman Act, and for such other and further relief the Court deems just and proper, and the Court having considered the motion, pleadings on file and argument of the moving party, and any opposition thereto; and for good cause appearing;

    IT IS on this _____ day of _____, 2025

    **ORDERED** that Defendants' motion is **GRANTED**; and it is

    **FURTHER ORDERED** that Count Four of Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**.

Dated: _____

_____
HON. ESTHER SALAS, U.S.D.J.