

# SINGH, SINGH & TRAUBEN, LLP
### ATTORNEYS AT LAW
### BEVERLY HILLS

SIMRAN A. SINGH, ESQ. *
DALJINDER SINGH, ESQ. ^
MICHAEL A. TRAUBEN, ESQ. +
THOMAS K. RICHARDS, ESQ. ~
CHRISTOPHER R. NAVARRO, ESQ.*
MICHAEL JON SAMUELS, ESQ. ~
JUSTIN R. TRAUBEN, ESQ.
JONATHAN E. LARR, ESQ.
NICHOLAS E. HUELSTER, ESQ.
MICHELLE YEGIYANTS, ESQ.

\* Admitted in California and Florida.
^ Admitted in California, Florida, New York and Washington.
\+ Admitted in California, Florida and Michigan.
~ Admitted in California and New York.

Thomas K. Richards
Telephone: 310.856.9705
trichards@singhtraubenlaw.com

May 15, 2025

**VIA ECF**

Honorable Esther Salas
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK5A
Newark, NJ 0701

      **Re:** *Mousasi v. Bellator Sport Worldwide LLC et al.* – Case No. 24-cv-09844

Dear Judge Salas:

Thonmas K. Richards of Singh, Singh & Trauben LLP (admitted *pro hac vice* in this action), together with Wasserman Little, LLC, represents the Plaintiff Gegard Mousasi in the above-captioned action. We write, with the Defendants' consent, to respectfully request that the Motion Day for Defendants' Motion to Dismiss Plaintiff's Sherman Act Claim [DE 30] be continued from the current Motion Day of June 2, 2025 to the next Motion Day of June 16, 2025. Should this request be acceptable to Your Honor, the parties respectfully request that this letter be "So Ordered" and entered on the docket.

      Respectfully Submitted,

      JEFFREY I. WASSERMAN, ESQ.
      WASSERMAN LITTLE LLC
      1200 Route 22 East, Suite 2000, #2238
      Bridgewater, New Jersey 08807
      jwasserman@wassermanlittle.com
      (973) 486-4801



                        &

SINGH, SINGH & TRAUBEN, LLP
THOMAS K. RICHARDS
trichards@singhtraubenlaw.com
400 S. Beverly Drive, Suite 240
Beverly Hills, California 90212
Tel: 310.856.9705 | Fax: 888.734.3555
(admitted *pro hac vice*)

By:    /s/ Jeffrey I. Wasserman
         *Attorneys for Plaintiff*
         Gegard Mousasi

cc:    All Counsel of Record (via ECF and E-mail)

SO ORDERED this 16th day of May, 2025.

_____ Hon. Esther Salas, U.S.D.J.