## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

July 22, 2025

### LETTER ORDER

Re:   **Mousasi v. Bellator Sport Worldwide, LLC, et al.**
        **Civil Action No. 24-9844 (ES)**

Dear Counsel,

The telephone status conference scheduled with the parties in this matter on **August 19, 2025 at 10:30 AM** is adjourned to **August 26, 2025 at 10:00 AM**. Counsel for Plaintiff shall initiate the call. By no later than **August 19, 2025**, the parties are to submit a joint status letter, itemizing the issues counsel would like to discuss at the conference.

**IT IS SO ORDERED.**

                                                              s/ James B. Clark, III
                                                     **JAMES B. CLARK, III**
                                                     **United States Magistrate Judge**