

# SINGH, SINGH & TRAUBEN, LLP

## ATTORNEYS AT LAW
### BEVERLY HILLS

SIMRAN A. SINGH, ESQ. *
DALJINDER SINGH, ESQ. ^
MICHAEL A. TRAUBEN, ESQ. +
THOMAS K. RICHARDS, ESQ. ~
CHRISTOPHER R. NAVARRO, ESQ.*
MICHAEL JON SAMUELS, ESQ. ~
JUSTIN R. TRAUBEN, ESQ.
JONATHAN E. LARR, ESQ.
NICHOLAS E. HUELSTER, ESQ.
MICHELLE YEGIYANTS, ESQ.

*  Admitted in California and Florida.
^  Admitted in California, Florida, New York and Washington.
+  Admitted in California, Florida and Michigan.
~  Admitted in California and New York.

Thomas K. Richards
Telephone: 310.856.9705
trichards@singhtraubenlaw.com

September 12, 2025

**VIA EMAIL**

Honorable James B. Clark III
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 2A
Newark, NJ 07101
JBC_orders@njd.uscourts.gov

**Re: Joint Status Letter Pursuant to Pretrial Scheduling Order [DE 31] and Stipulation and Order Extending Time for Discovery Disputes [DE 41]**

### *Mousasi v. Bellator Sport Worldwide LLC et al.* – Case No. 24-cv-09844

Dear Judge Clark:

Pursuant to the Pretrial Scheduling Order entered on April 29, 2025 [DE 31] (the "**Scheduling Order**") and the Stipulation and Order Extending Time for Discovery Disputes entered on August 11, 2025 [DE 41], the parties submit this joint status letter in advance of the telephone status conference scheduled for September 24, 2025. The parties have conferred and agreed to the format and content of this letter, which is hereby jointly submitted.

1. **Status of Fact Discovery**:

    - The parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a) on May 13, 2025 after agreeing to a brief mutual extension of time to do so.

**SINGH, SINGH & TRAUBEN, LLP**

400 S. BEVERLY DRIVE • SUITE 240 • BEVERLY HILLS, CA 90212 • TEL 310.856.9705 • FAX 888.734.3555
DM1\20070896.1                                      WWW.SINGHTRAUBENLAW.COM



- Written discovery demands were served by the parties on June 20, 2025.

- After mutually agreed extensions of time, the parties exchanged written responses to discovery on August 22, 2025.

- The parties have agreed to begin their document productions on September 15, 2025 and to complete the production of documents by October 15, 2025, subject to their respective rights to supplemental their productions as their investigations and discovery continue.

- The parties intend to begin depositions in November 2025 and are working on mutually agreeable dates.

2. **Discovery Disputes**: To date, there are no outstanding disputes requiring immediate Court intervention, as the parties have resolved minor issues informally (e.g., extensions and timing of productions). However, potential disputes may arise regarding written discovery, the production of documents and/or depositions. Document productions and depositions are not yet complete, and depositions likely won't be substantially completed until early December 2025. Accordingly, the parties' jointly request that the time to bring unresolved discovery disputes to the Court's attention be extended to December 19, 2025.

3. **Settlement Discussions**: There has been no change regarding settlement discussions since the last Court conference.

4. **Telephonic Status Conference**: The parties' document productions will be completed by October 15, 2025, subject to the above reservation of rights. Accordingly, the parties request that the telephonic status conference currently scheduled for September 24, 2025, be adjourned until October 24, 2025, so that issues with written and document discovery (if any), which should be complete by that date, can be addressed during the status conference, if and as needed.

The parties thank the Court for the Court's attention to these matters, and the parties remain willing and ready to discuss any issues or questions the Court may have ahead of the telephonic status conference.

Respectfully Submitted,

Thomas K. Richards

TKR/nh