**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

October 27, 2025

**LETTER ORDER**

Re:   **Mousasi v. Bellator Sport Worldwide, LLC, et al.**
       **Civil Action No. 24-9844 (ES)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court will conduct a telephone status conference with the parties on **January 8, 2026 at 12:30 PM**.  Counsel for Defendants shall initiate the call.  Prior to the call, the parties shall exchange settlement positions.

**IT IS SO ORDERED.**

                                                              s/ James B. Clark, III
                                                              **JAMES B. CLARK, III**
                                                              **United States Magistrate Judge**