**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

CHAMBERS OF

**JAMES B. CLARK, III**

UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE

50 WALNUT STREET, ROOM 2060

NEWARK, NJ 07102

February 17, 2026

<u>**LETTER ORDER**</u>

Re:     <u>**Mousasi v. Bellator Sport Worldwide, LLC, et al.**</u>
         **Civil Action No. 24-9844 (ES)**

Dear Counsel,

As discussed during the telephone conference held with the parties in this matter earlier today,

the Court orders as follows:

1.  Plaintiff shall file his second amended complaint by <u>**February 27, 2026**</u>.

2.  Defendants shall answer, move, or otherwise respond to Plaintiff's second amended
    complaint by <u>**March 20, 2026**</u>.  Should Defendants move in lieu of answering, the schedule
    and procedure for the filing of Defendants' motion is as follows:

    a.  Defendants shall provide Plaintiff with their moving papers by <u>**March 20, 2026**</u>.

    b.  Plaintiff shall provide Defendant with his opposition papers by <u>**April 16, 2026**</u>.

    c.  Defendants shall provide Plaintiff with their reply papers, if any, by <u>**April 30, 2026**</u>.

    d.  Once the parties have exchanged all papers, by no later than <u>**May 4, 2026**</u>, the
        parties shall simultaneously file their respective motion papers, the moving brief
        under a new notice of motion, the opposition, and the reply, under three separate
        docket entries.

3.  The time for raising disputes as to written discovery shall conclude on **April 19, 2026**.

4.  Fact discovery shall be completed by **June 1, 2026**.

5.  Affirmative expert reports shall be served by **June 29, 2026**.

6.  Responsive expert reports shall be served by **August 1, 2026**.

7.  Expert discovery shall be completed by **August 29, 2026**.

8.  The Court will conduct a settlement conference with the parties on **March 18, 2026 at 2:00 PM**.  All counsel and clients with full settlement authority shall be present, in-person at the conference.  By no later than **March 16, 2026**, the parties are to submit separate confidential *ex parte* settlement position statements of **five (5) pages or less**.  Such papers are not to be filed, but are to be sent directly to Chambers via email (**JBC_orders@njd.uscourts.gov**).


**IT IS SO ORDERED.**

                                          __s/ James B. Clark, III_____
                                          **JAMES B. CLARK, III**
                                          **United States Magistrate Judge**