*ORDER*



DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

SARAH FEHM STEWART
PARTNER
DIRECT DIAL: +1 973 424 2061
PERSONAL FAX: +1 973 556 1464
E-MAIL: sfstewart@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

May 1, 2026

VIA ECF AND EMAIL

Honorable James B. Clark III
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 2A
Newark, NJ 07101
JBC_orders@njd.uscourts.gov

**SO ORDERED**

**s/James B. Clark**

**James B. Clark, U.S.M.J.**

Date: 5/4/26

Re:    *Mousasi v. Bellator Sport Worldwide LLC, et al.,* Case No. 24-cv-09844
       JOINT LETTER REQUESTING EXTENSION OF MAY 4, 2026
       DISCOVERY DEADLINE

Dear Judge Clark:

This office represents Defendants in the above-captioned action. We write together with Plaintiff to respectfully request an extension of the current deadline to raise discovery disputes with the Court.

The parties are in the process of discussing several outstanding discovery items, including productions from two subpoenaed third parties and a supplemental production by the Plaintiff. We understand that these items will be produced within the next week. However, the parties' deadline to raise unresolved discovery disputes is currently May 4, 2026.

In order to provide the parties with time to complete discovery and hopefully resolve any issues surrounding outstanding discovery items, the parties jointly request a 30-day extension of the parties' deadline to raise unresolved discovery disputes, from May 4, 2026 to June 4, 2026.

DUANE MORRIS LLP                                          DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300                       PHONE: +1 973 424 2000   FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007                                      DM1\301810291.1

Honorable James B. Clark III
May 1, 2026
Page 2

DuaneMorris

The parties thank the Court for its attention to this matter.

Regards,

/s/ Sarah Fehm Stewart

Sarah Fehm Stewart
Partner

cc:  All counsel of record

DM1\301810291.1