# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

*FIRM and AFFILIATE OFFICES*

SARAH FEHM STEWART
PARTNER
DIRECT DIAL: +1 973 424 2061
PERSONAL FAX: +1 973 556 1464
*E-MAIL:* sfstewart@duanemorris.com

*www.duanemorris.com*

May 27, 2026

VIA ECF AND EMAIL

Honorable James B. Clark III
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 2A
Newark, NJ 07101
JBC_orders@njd.uscourts.gov

> **Re:** *Mousasi v. Bellator Sport Worldwide LLC, et al.*, **Case No. 24-cv-09844**
> **JOINT LETTER REQUESTING EXTENSION OF DISCOVERY**
> **DEADLINES**

Dear Judge Clark:

This office represents Defendants in the above-captioned action. We write together with Plaintiff to respectfully request an extension of the discovery deadlines set forth in the Letter Order entered March 18, 2026 [Dkt. 59], as amended on May 4, 2026 [Dkt. 61].

The parties have completed five (5) party depositions so far and are in the process of completing party and non-party depositions. The scheduling of these remaining depositions has been challenging given the deponents' and counsel's varying locations across the country and Europe, as well as conflicting schedules. To facilitate the completion of these depositions, the parties jointly request 30-day extensions of the following deadlines:

1.   The parties' deadline to raise unresolved discovery disputes shall be extended from June 4, 2026 to July 3, 2026.

2.   The parties' deadline to complete fact discovery shall be extended from June 15, 2026 to July 15, 2026.

3.   The parties' deadline to serve affirmative expert reports shall be extended from July 13, 2026 to August 13, 2026.

DUANE MORRIS LLP                                                          DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300                              PHONE: +1 973 424 2000   FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007                                                           DM1\301904413.1

Honorable James B. Clark III
May 27, 2026
Page 2

DuaneMorris

4.      The parties' deadline to serve responsive expert reports shall be extended from August 15, 2026 to September 15, 2026.

5.      The parties' deadline to complete expert discovery shall be extended from September 12, 2026 to October 12, 2026.

The parties will also provide a further status report on this process during the June 17, 2026 telephone status conference [Dkt. 59].  The parties thank the Court for its attention to this matter.

Regards,

/s/ Sarah Fehm Stewart

Sarah Fehm Stewart
Partner

cc:  All counsel of record

DM1\301904413.1