**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

June 16, 2026

**LETTER ORDER**

Re:    **Mousasi v. Bellator Sport Worldwide, LLC, et al.**
**Civil Action No. 24-9844 (ES)**

Dear Counsel,

The telephone status conference scheduled with the parties in this matter on **July 14, 2026 at**

**12:00 PM** is adjourned to **July 27, 2026 at 12:00 PM**.  Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

      s/ James B. Clark, III
      **JAMES B. CLARK, III**
      **United States Magistrate Judge**